

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEMPORARY ALTERNATIVES, INC., d/b/a dmDICKASON PERSONNEL SERVICES OF EL PASO, | § § | No. 08-13-00166-CV |
| | § | Appeal from the |
| Appellant, | § | |
| | | 205th Judicial District Court |
| v. | § | |
| | | of El Paso County, Texas |
| MISTI K. JAMROWSKI, | § | |
| | | (TC# 2013DCV0105) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF MAY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before Rivera, J., Rodriguez, J., and Barajas, Senior Judge
Barajas, Senior Judge (Sitting by Assignment)